# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Eric W. Mack

Plaintiff

v.

Pat Adair, et al

Defendants

Case No. Civil 00-1319 DWF/ESS

**JUDGMENT IN A CIVIL CASE**

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that Petitioner's application for leave to proceed in forma pauperis is denied. Petitioner's application for a writ of habeas corpus is dismissed without prejudice.

DATE: June 19, 2000

FRANCIS E. DOSAL, CLERK

Victoria Moralez

Victoria Moralez, Deputy Clerk

7